UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 20-cr-231-01-01 |
| VERSUS | JUDGE WALTER |
| MICHAEL S COLLINS JR (01) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendant's Motion to Suppress (Doc. 24) is denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __23rd__ day of __March__, 2021.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE